# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-2194

———————

Sharnell M. Horne,      *
       *
     Appellant,      *
       *    Appeal from the United States
     v.      *    District Court for the
       *    District of Nebraska.
Denny's Restaurant,      *
       *    [UNPUBLISHED]
     Appellee.      *

———————

Submitted: February 20, 2006
Filed: February 24, 2006

———————

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

———————

PER CURIAM.

Sharnell M. Horne appeals the district court's[1] denial of the post-judgment motions she filed more than ten days after the dismissal of her civil action against Denny's Restaurants (Denny's). Liberally construing these as Federal Rule of Civil Procedure 60(b) motions, see Sanders v. Clemco Indus., 862 F.2d 161, 164-65, 169 (8th Cir. 1988) (construing reconsideration motion filed more than 10 days after entry of judgment under Rule 60(b)), we conclude the district court did not abuse its discretion in denying them, see Arnold v. Wood, 238 F.3d 992, 998 (8th Cir.)

———————

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District Court of Nebraska.

(standard of review; no abuse of discretion where appellant's "Rule 60(b) motion largely reasserted contentions made in earlier motions" and "failed to demonstrate exceptional circumstances warranting post-judgment relief"), <u>cert. denied</u>, 534 U.S. 975 (2001).

Accordingly, we affirm.  We also deny as moot Denny's motions to strike Horne's post-appeal submissions.  <u>See</u> 8th Cir. R. 47B.

_____